# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JUNIUS BURNO,<br><br>    Petitioner<br><br>     v.<br><br>THE COURT OF COMMON PLEAS OF<br>LEHIGH COUNTY,<br><br>    Respondent | : No. 26 EM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.